FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT       2006 MAR 14  P 3: 29

U.S. DISTRICT COURT
NEW HAVEN CT

MR. ANDREW R. ELLIOT        :

      v.                      :    NO. 3:99CV1290(EBB)

PRATT & WHITNEY AIRCRAFT,   :
a division of United
Technologies Corporation    :

### RULING ON MOTION TO REOPEN CASE AND SET ASIDE THE JUDGMENT

Plaintiff has filed the pending motion, citing Rules 9, 11, 59, 60, 61 and 73 of the Federal Rules of Civil Procedure, asking the court to set aside the judgment rendered against him on August 30, 2001, and affirmed by the Second Circuit Court of Appeals on September 9, 2002. He substantially alleges fraud against the court and obstruction of justice in the trial of his case as a result of an alleged conspiracy between his counsel and counsel for the defendant.

Plaintiff expresses dissatisfaction with the performance of his attorneys, e.g., failure to depose certain potential witnesses, ineffective cross-examination of witnesses, deceptive closing argument, thus advancing the interests of the defendant rather than their client. Apparently his efforts to grieve his attorneys have been unsuccessful. However, the court finds no legal basis for the court to grant him the relief requested.

Accordingly, the Motion [Doc. No. 107] is granted insofar

AO 72A
(Rev.8/82)

as his lengthy memorandum may be filed, and is otherwise denied.

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 14th day of March, 2006.