```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


ANDREW R. ELLIOT               :

     v.                        :   NO. 3:99CV1290(EBB)

PRATT & WHITNEY AIRCRAFT,      :
a division of United
Technologies Corporation       :
```

RULING ON MOTION FOR RECONSIDERATION

Plaintiff has moved the court to reconsider its ruling on his motion to reopen and set aside the judgment rendered against him. The court had read the entirety of plaintiff's voluminous filings prior to rendering its decision and adheres to that ruling.

The motion [Doc. No. 110] is denied.

SO ORDERED.

/s/ Ellen B. Burns
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 24th day of March, 2006.