UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW R. ELLIOT | : |
| v. | : NO. 3:99CV1290(EBB) |
| PRATT & WHITNEY AIRCRAFT (P&WA), a division of United Technologies Corporation (UTC) | : : : |

### RULING ON PLAINTIFF'S MOTION FOR A SETTLEMENT, MOTION TO DISQUALIFY JUDGE AND MOTION FOR REASSIGNMENT TO AN IMPARTIAL JUDGE

Plaintiff's action against defendant was tried to a jury which found for the defendant on August 30, 2001. The judgment was affirmed by the Second Circuit Court of Appeals on October 31, 2002. Plaintiff's subsequent motion to reopen the case was denied on March 14, 2006. Plaintiff's appeal from that denial was dismissed by the Court of Appeals on January 17, 2007.

This case is no longer pending in this court and plaintiff's motions [Doc. No. 119] are denied as moot.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_\_\_ day of September, 2009.